■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ROMERO, Appellant. [614 NYS2d 173] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Westchester County (Murphy, J.) imposed May 26, 1993.

Ordered that the sentence is affirmed.

The defendant's challenge to the legality of his sentence is patently without merit, since, in this case the imposition of additional jail time for failure to pay a fine or surcharge would not result in a sentence which exceeds the maximum permissible term of imprisonment for the offense to which he pleaded guilty *(see,* CPL 420.10 [4] [d]).

Appellate review of the remaining issue raised by the defendant was effectively waived by him as part of his plea bargain *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Mangano, P. J., Thompson, Sullivan, O'Brien and Hart, JJ., concur.